**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6409**

CLARENCE BUCKNER, a/k/a Mark Dave Hill,

        Plaintiff - Appellant,

    v.

RONALD WALKER,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:10-cv-03416-DKC)

Submitted: July 21, 2011        Decided: July 25, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clarence Buckner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Buckner appeals the district court's orders dismissing his civil complaint for lack of subject matter jurisdiction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Buckner v. Walker, No. 8:10-cv-03416-DKC (D. Md. Feb. 7, 2011; March 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED